Cause number:      01-16-00044-CV

Style:      TMX Finance Holdings, Inc. v. Wellshire Financial Services, LLC,

d/b/a LoanStar Title Loans, d/b/a MoneyMax Title Loans, and d/b/a

LoanMax; Meadowwood Financial Services, LLC d/b/a LoanStar Title

Loans, and d/b/a MoneyMax Title Loans; Integrity Texas Funding, LP

Date motion filed[*]:      February 17, 2016

Type of motion:      Joint Motion for Extension of Time to File Appellant's Brief and

Documents Submitted to the Trial Court In Camera

Parties filing motion:      Appellant and Appellees

Document to be filed:      Appellant's brief and documents submitted in camera to trial court

Is appeal accelerated?      Yes (interlocutory appeal).

If motion to extend time:

     Original due date:      February 18, 2016

     Number of extensions granted:      0      Current Due Date: February 18, 2016

     Date Requested:      March 3, 2016 (14-day extension)

Ordered that motion is:
- ☑ Granted
    If documents are to be filed, documents due: March 3, 2016.
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

     Appellant is ordered to file its brief by March 3, 2016, and to deliver the documents, that were submitted in camera to the trial court, to the Clerk of this Court in a sealed envelope marked, "Submitted for In Camera Review Only," with the cause number and style, **by 5 p.m. on March 3, 2016**. *Cf.* TEX. R. CIV. P. 193.4(a).

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually

Date: February 23, 2016